**ORIGINAL**

FILED
2007 JUL 16 PM 12: 21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE LUIS SOLANO-LOPEZ (6),<br>CARLOS CAZARES BELTRAN (25),<br>JORGE CAZARES BELTRAN (26),<br>RODRIGO GONZALEZ (27),<br>ALEJANDRO C. BELTRAN (30),<br>ARNULFO GONZALEZ (31),<br>HECTOR RODRIGUEZ (32),<br><br>　　　　　Defendants. | Criminal Case No. 89cr439IEG<br><br>PROPOSED ORDER OF DISMISSAL OF INDICTMENT AND WITHDRAWAL OF ARREST WARRANTS |

　　Upon application of the United States Attorney, and good cause appearing therefrom,

　　IT IS HEREBY ORDERED that the indictment in the above-captioned case against the named defendants is dismissed.

　　IT IS FURTHER ORDERED that any warrants issued for these defendants in this case be recalled.

　　DATED: 7/14/07

_____
IRMA E. GONZALEZ
CHIEF JUDGE
UNITED STATES DISTRICT COURT